**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cory Allen Hughes, | ) | No. CV-12-697-PHX-GMS (LOA) |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Joseph M. Arpaio, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Motion for Extension of Time filed on July 2, 2012. (Doc. 14) The Court notes that Plaintiff does not state which deadline he wishes the Court to extend. However, the only current pending deadline is that Plaintiff must return the service packet to the Clerk of Court within 21 days of the prior order, filed on June 21, 2012. As of the date of this Order, Plaintiff has not done so. In the event that Plaintiff has not yet received the service packet from Inmate Legal Services as he alleges, and in order to give Plaintiff an opportunity to review the materials, the Court will grant Plaintiff an additional 21 days from the date of this Order in which to return the service packet to the Clerk of Court.

For good cause shown,

**IT IS ORDERED** granting Plaintiff's Motion for Extension of Time, doc. 14, and extending the deadline for Plaintiff to return the service packet to the Clerk of Court for an

///

///

///

1 | additional 21 days from the date of this Order.

2 | DATED this 5th day of July, 2012.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -